```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 45413
   RODNEY D CARVER
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-4065
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/07/05 and confirmed on 05/04/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  96680.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | CURRENT MORTG | .00 | .00 | .00 |
| FAA FIRST CREDIT UNION | SECURED | .00 | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 468.88 | .00 | 468.88 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 23367.61 | .00 | 23367.61 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITI HEALTH CARD | UNSECURED | NOT FILED | .00 | .00 |
| CITI HEALTH CARD | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FAA FIRST CU | UNSECURED | 20245.13 | .00 | 20245.13 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 36109.43 | .00 | 36109.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12419.31 | .00 | 12419.31 |
| HARRIS BANK CONSUMER LOA | FILED LATE | .00 | .00 | .00 |

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 92610.36 | .00 | 92610.36 |
| PRINCIPAL PAID | .00 | .00 | 92610.36 | .00 | 92610.36 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 92610.36 | .00 | 92610.36 |

The Debtor's attorney, KATHLEEN VAUGHT              , was allowed $       .00
and was paid $       .00 .

The Trustee received $    4065.87 .

Refunds to the Debtor totaled $        3.77 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE